### Commonwealth *v.* Fear, Appellant.

Submitted March 9, 1970. *Gerald E. Ruth,* Public Defender, for appellant; *J. Patrick Clark,* First Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.